805 A.2d 1212

INDEPENDENT OIL AND GAS ASSOCIATION OF PENNSYL-VANIA, Hess Energy, Inc., TXU Energy Services and the New Power Company, Enron Energy Services, Inc., UGI Energy Services, Inc., PG Energy Services, Inc., Ashland, Inc., MidAmerican Natural Resources, Inc., Agway Energy Services–PA, Inc., Energy East Solutions, Inc.,

v.

PENNSYLVANIA PUBLIC UTILITY COMMISSION, Office of Consumer Advocate and Office of Small Business Advocate.

Appeal of Pennsylvania Public Utility Commission.

No. 78 MAP 2002.

Supreme Court of Pennsylvania.

Aug. 1, 2002.

### ORDER

PER CURIAM.

AND NOW, this 1st day of August, 2002, the above noted appeal is quashed without prejudice.